# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

STEFFON GRAVES                                                    CIVIL ACTION

VERSUS

NURSE PRACTITIONER BROWN,                             NO. 24-00108-BAJ-RLB
ET AL.

## RULING AND ORDER

The Magistrate Judge issued a **Report and Recommendation (Doc. 9, the "Report")** recommending that the Court dismiss the above-captioned matter with prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. (Doc. 9 at 3). There are no objections to the Report.

On June 5, 2024, the Court dismissed Plaintiff's claims against Defendants Turn Key Medical Company, Sid Gautreaux, and Cathy Fontenot with prejudice. (Doc. 7; Doc. 9 at 2). The Court dismissed Plaintiff's claims against Defendant Brown without prejudice to Plaintiff's right to file an amended complaint addressing certain deficiencies in the Complaint. (*Id.*). The Court ordered that "Plaintiff's failure to timely submit an amended complaint will result in a judgment dismissing with prejudice all claims against Defendant Nurse Practitioner Brown." (Doc. 7 at 3). A review of the record shows that Plaintiff failed to timely amend his Complaint as directed.

After considering Plaintiff's Complaint (Doc. 1), the Report (Doc. 9), and the entirety of the record, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned matter be and is hereby **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Judgment will be entered separately.

Baton Rouge, Louisiana, this 27th day of April, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**